IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 0 6 2010

JOHN F. CORCORAN, CLERK
BY:
(DEPUTY CLERK)

| | |
|---|---|
| **BOBBY J. MEADE, JR.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 2:09CV00048 |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) By: James P. Jones |
| | ) United States District Judge |
| | ) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed May 25, 2010, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: July 6, 2010

_____
United States District Judge